## NORMENT *v.* EDWARDS.

### Record on Appeal.

No. 431.   Submitted March 12, 1895.   Decided April 1, 1895.

Hearing on a motion to dismiss an appeal. *Denied upon conditions.*

On behalf of the appellees, James S. Edwards and Clarence F. Norment, a motion was made to require the appellant, Richard B. Norment, to print the entire record in this case, and in default thereof to dismiss the appeal for failure of the appellant to comply with Rule 18 of this court as to printing the record.

*Mr. A. S. Worthington* for the motion.

*Mr. William B. Webb* opposed.

Mr. Chief Justice Alvey delivered the opinion of the court:

On the foregoing motion, the court will not dismiss the appeal, provided the appellant will have the record printed without further delay, as well the part brought in by the

appellant as that brought in on the motion of the appellees. It is proper to say, that it is the duty of the appellant in all cases to produce and file in this court a sufficient transcript of the proceedings below to enable this court to decide all the questions that may be properly presented on the appeal, as well those by the appellee as those by the appellant himself; and if he fails in this respect, the court may either dismiss the sppeal, or require him to supply all defects in the transcript.  *Florida Central Railroad Co.* v. *Schulte*, 100 U. S. 644.